| | |
|---|---|
| 1 | RICHARD C. JOHNSON (SBN 40881) |
|   | SHAAMINI A. BABU (SBN 230704) |
| 2 | JULIE A. RICHARDSON (SBN 215202) |
|   | SALTZMAN & JOHNSON LAW CORPORATION |
| 3 | 44 Montgomery Street, Suite 2110 |
|   | San Francisco, CA 94104 |
| 4 | (415) 882-7900 |
|   | (415) 882-9287 – Facsimile |
| 5 | djohnson@sjlawcorp.com |
|   | sbabu@sjlawcorp.com |
| 6 | jrichardson@sjlawcorp.com |
| 7 | Attorneys for Plaintiffs |
| 8 | SUMMER YOUNG-AGRIESTI (SBN 232883) |
|   | KLATTE, BUDENSIEK & YOUNG-AGRIESTI, LLP |
| 9 | 20341 SW Birch Street, Suite 200 |
|   | Newport Beach, CA 92620-1514 |
| 10 | (949) 221-8700 Extension 103 |
|    | (949) 222-1044 – Facsimile |
| 11 | syoung@kbylaw.com |
| 12 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSION PLAN FOR PENSION TRUST FUND FOR OPERATING ENGINEERS; F.G. CROSTHWAITE and RUSSELL E. BURNS, as Trustees,<br><br>       Plaintiffs,<br><br>vs.<br><br>THOMES CREEK LOGGING, INC., a California corporation; DAVID SLAGLE, an individual; and DOES 1-20,<br><br>       Defendants. | Case No.: C 12-5266 DMR<br><br>**JOINT CASE MANAGEMENT STATEMENT; JOINT REQUEST TO CONTINUE CMC; AND ORDER**<br><br>Complaint Filed:   10/11/12<br>CMC:                    4/10/13<br>Judge: Honorable Donna M. Ryu |

Pursuant to this Court's order entered December 27, 2012 (Dkt. 11), Rule 6(b) and 26(f) of the Federal Rules of Civil Procedure, Northern District of California Local Rule 6.1(b) and 16-9, and the Standing Order for All Judges of the Northern District of California, Plaintiffs Pension Plan for Pension Trust Fund for Operating Engineers, et al. ("Plaintiffs"), and Defendants Thomes Creek Logging, Inc., and David Slagle ("Defendants") by and through the undersigned counsel,

hereby supplement the Joint Case Management Conference Statement filed on February 1, 2013 (Dkt. 18) as follows:

1. The parties entered into a Confidentiality Agreement on February 6, 2013.

2. On several occasions (i.e. February 7, 2013, March 13, 2013, March 14, 2013, and March 16, 2013), Defendants produced several documents to facilitate a settlement.

3. The parties have exchanged monetary offers and are still engaged in settlement negotiations. The parties would like sufficient opportunity to continue to explore settlement options and exchange documents as necessary.

4. If this matter does not settle the parties are agreeable to participating in mediation on one of the following dates: May 13, 2013, or during the week of May 27, 2013, through May 31, 2013. (Dkt. 19).

5. There are no issues that need to be addressed at the currently scheduled Case Management Conference Wednesday April 10, 2013.

6. Based on the foregoing, the parties respectfully request that the Case Management Conference be continued to Wednesday June 12, 2013, to allow time for the parties to exchange documents and continue settlement negotiations as well as to schedule and participate in mediation, if necessary. The continuance will conserve costs as well as the Court's time and resources.

7. In a further attempt to conserve costs and because Defendants' counsel is located in Southern California, counsel for both parties request permission to appear telephonically at the next Case Management Conference.

Dated: March 21, 2013          SALTZMAN & JOHNSON LAW CORPORATION


                               By: _____//S//_____
                                   Shaamini A. Babu
                                   Counsel for Plaintiffs

C:\Users\garciai\AppData\Local\Temp\notes06E812\~2846549.doc

-2-
JOINT CMC STATEMENT
C 12-5266 DMR

Dated:    March 21, 2013            KLATTE, BUDENSIEK & YOUNG-AGRIESTI, LLP

By: _____//S//_____
    Summer Young-Agriesti
    Counsel for Defendants

### ORDER

Based on the foregoing Stipulation of the parties, the Case Management Conference is hereby continued to June 12, 2013, at 1:30 pm.  Counsel for both parties may appear telephonically at said conference.  The parties shall file a Joint Case Management Statement by June 5, 2013.  Both parties must follow the protocol set forth in the attached Notice re: Telephonic Appearance Procedures for Magistrate Judge Donna M. Ryu.

IT IS SO ORDERED.

Dated:  3/25/2013            _____
    The Honorable Judge Donna M. Ryu
    UNITED STATES MAGISTRATE JUDGE