1  RICHARD C. JOHNSON (SBN 40881)
   SHAAMINI A. BABU (SBN 230704)
2  JULIE A. RICHARDSON (SBN 215202)
   SALTZMAN & JOHNSON LAW CORPORATION
3  44 Montgomery Street, Suite 2110
   San Francisco, CA 94104
4  (415) 882-7900
   (415) 882-9287 – Facsimile
5  djohnson@sjlawcorp.com
   sbabu@sjlawcorp.com
6  jrichardson@sjlawcorp.com

7  Attorneys for Plaintiffs

8  SUMMER YOUNG-AGRIESTI (SBN 232883)
   KLATTE, BUDENSIEK & YOUNG-AGRIESTI, LLP
9  20341 SW Birch Street, Suite 200
   Newport Beach, CA 92620-1514
10 (949) 221-8700 Extension 103
   (949) 222-1044 – Facsimile
11 syoung@kbylaw.com

12 Attorneys for Defendants

13              UNITED STATES DISTRICT COURT

14         FOR THE NORTHERN DISTRICT OF CALIFORNIA

15 | PENSION PLAN FOR PENSION TRUST     | Case No.: C 12-5266 DMR
   | FUND FOR OPERATING ENGINEERS; F.G.  |
16 | CROSTHWAITE and RUSSELL E. BURNS,   |
   | as Trustees,                        | **JOINT CASE MANAGEMENT
17 |                                     | STATEMENT; JOINT REQUEST TO
   |          Plaintiffs,                | CONTINUE CMC; AND ORDER**
18 |                                     |
   | vs.                                 | Complaint Filed:    10/11/12
19 |                                     | CMC:                4/10/13
   | THOMES CREEK LOGGING, INC., a       | Judge: Honorable Donna M. Ryu
20 | California corporation; DAVID SLAGLE, an |
   | individual; and DOES 1-20,          |
21 |                                     |
   |          Defendants.                |
22 |                                     |

23      Pursuant to this Court's order entered December 27, 2012 (Dkt. 11), Rule 6(b) and 26(f) of

24 the Federal Rules of Civil Procedure, Northern District of California  Local Rule 6.1(b) and 16-9,

25 and the Standing Order for All Judges of the Northern District of California, Plaintiffs Pension

26 Plan for Pension Trust Fund for Operating Engineers, et al. ("Plaintiffs"), and Defendants Thomes

27 Creek Logging, Inc., and David Slagle ("Defendants") by and through the undersigned counsel,

28                                                          -1-
                                                JOINT CMC STATEMENT
                                                C 12-5266 DMR

C:\Users\garciai\AppData\Local\Temp\notes06E812\~2846549.doc

1   hereby supplement the Joint Case Management Conference Statement filed on February 1, 2013

2   (Dkt. 18) as follows:

3          1.      The parties entered into a Confidentiality Agreement on February 6, 2013.

4          2.      On several occasions (i.e. February 7, 2013, March 13, 2013, March 14, 2013, and

5   March 16, 2013), Defendants produced several documents to facilitate a settlement.

6          3.      The parties have exchanged monetary offers and are still engaged in settlement

7   negotiations.   The parties would like sufficient opportunity to continue to explore settlement

8   options and exchange documents as necessary.

9          4.      If this matter does not settle the parties are agreeable to participating in mediation

10  on one of the following dates: May 13, 2013, or during the week of May 27, 2013, through May

11  31, 2013.  (Dkt. 19).

12         5.      There are no issues that need to be addressed at the currently scheduled Case

13  Management Conference Wednesday April 10, 2013.

14         6.      Based on the foregoing, the parties respectfully request that the Case Management

15  Conference be continued to Wednesday June 12, 2013, to allow time for the parties to exchange

16  documents  and  continue  settlement  negotiations  as  well  as  to  schedule  and  participate  in

17  mediation, if necessary.  The continuance will conserve costs as well as the Court's time and

18  resources.

19         7.      In a further attempt to conserve costs and because Defendants' counsel is located in

20  Southern California, counsel for both parties request permission to appear telephonically at the

21  next Case Management Conference.

22

23  Dated:   March 21, 2013          SALTZMAN & JOHNSON LAW CORPORATION

24

25                                  By: _____//S//_____

26                                       Shaamini A. Babu
                                         Counsel for Plaintiffs

27

28
                                                                        -2-
                                                          JOINT CMC STATEMENT
                                                          C 12-5266 DMR

C:\Users\garciai\AppData\Local\Temp\notes06E812\~2846549.doc

1  Dated:    March 21, 2013              KLATTE, BUDENSIEK & YOUNG-AGRIESTI, LLP

2

3                                        By: _____//S//_____

4                                             Summer Young-Agriesti
                                              Counsel for Defendants

5

6

7                                        **ORDER**

8         Based on the foregoing Stipulation of the parties, the Case Management Conference is

9  hereby continued to June 12, 2013, at 1:30 pm.   Counsel for both parties may appear

10 telephonically at said conference.  The parties shall file a Joint Case Management Statement by

11 June 5, 2013.  Both parties must follow the protocol set forth in the attached Notice re: Telephonic
   Appearance Procedures for Magistrate Judge Donna M. Ryu.
12        IT IS SO ORDERED.

13 Dated:  3/25/2013            _____

14                                             The Honorable Judge Donna M. Ryu
                                               UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                                        -3-
                                                              JOINT CMC STATEMENT
                                                                C 12-5266 DMR

C:\Users\garciai\AppData\Local\Temp\notes06E812\~2846549.doc